FILED
APR 1 4 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:16CR00163 RWS/SPM |
| ) | |
| V. ) | No. |
| ) | |
| OSCAR HENRY STEINMETZ, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

   (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6)).

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

>(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

>(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign telephone lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about March 30, 1999, and on or about December 31, 2003, in the Eastern District of Missouri, and elsewhere,

**OSCAR HENRY STEINMETZ,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce E.S., a minor female, to engage in sexually explicit conduct, specifically, defendant recorded E.S. in a lascivious display of her genitals, and said sexually explicit conduct was for the purpose of producing visual depictions of such conduct, and such depictions were produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a Kodak

Kodak digital camera, a Western Digital hard drive (S/N: WCASU3635841), and a Western Digital hard drive (S/N: WCASU0382867);

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(d).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 2253(a), upon conviction of an offense in violation of Title 18, United States Code, Section 2251(a) as set forth in Count I, the defendant shall forfeit to the United States of America any visual depiction described in Count I, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation Title 18, United States Code, Section 2251(a); any property, real of personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or promote the commission of such offense or any property traceable to such property.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

3. Specific property subject to forfeiture includes, but is not limited to, the following:

   a. the real and personal property having a street address of 12238 Hillcrest Place, Maryland Heights, Missouri 63043, together with all improvements thereon and appurtenances thereto, and being more particularly describe in

3

that certain deed dated August 28, 2015, Document Number 77, and recorded in the Office of the Clerk of the County of St. Louis, Missouri, in Deed Book 21658 at page 451, with a Legal Description of Vohsen Park Plat #4, Lot 33, Block 18, Plat Page 32.

4. If any of the property described above, as a result of any act or omission of the defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney

4