UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.   4:16 CR 163 RWS/SPM |
| ) | |
| **OSCAR HENRY STEINMETZ,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE CONCERNING DETENTION HEARING

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Robert F. Livergood, Assistant United States Attorney for said district, and files this notice to correct the record made at the evidentiary hearing:

1.   Today, an evidentiary hearing was held before Judge Bodenhausen;
2.   During the evidentiary hearing, defense counsel proffered that defendant contacted a lawyer prior the filing of the Indictment because he believed the State of Missouri might file against him concerning the allegations that led to the instant Indictment;
3.   The Government responded that defendant might be a flight risk because he was charged federally rather than in the State;
4.   The Court asked the Government if potential State charges contained a statutory minimum term of imprisonment and the Government responded that it did not believe so;
5.   After the hearing, contact was made with a detective that handled the investigation of the defendant.   The detective indicated that State charges could have been sought for Statutory Sodomy in the First Degree.   The detective stated that the minimum term of imprisonment for Statutory Sodomy in the First Degree is 5 years imprisonment.

              Respectfully submitted:

              RICHARD G. CALLAHAN
              United States Attorney


              *s/Robert F. Livergood*
              ROBERT F. LIVERGOOD, #35432MO
              Assistant United States Attorney
              111 S. 10th Street, Room 20.333
              St. Louis, Missouri 63102

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, the foregoing was mailed to the following:

Kevin Curran
Assistant Federal Public Defender.

                                              s/ *Robert F. Livergood*
                                              ROBERT F. LIVERGOOD, 35432MO
                                              Assistant United States Attorney