UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16 CR 163 RWS |
| ) | |
| ) | |
| OSCAR HENRY STEINMETZ, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Defendant Oscar Henry Steinmetz is charged with production of child pornography, in violation of 18 U.S.C. § 2251(a). On December 12, 2016, Steinmetz filed a motion to suppress evidence, seeking an order suppressing all items seized as a result of a warrantless search of his home and forensic evaluations performed on the seized items. Steinmetz argues he did not consent to the searches. The United States Attorney opposes the motion.

On January 12, 2017, United States Magistrate Judge Shirley Padmore Mensah conducted an evidentiary hearing on Steinmetz's motion. The United States presented testimony and video and documentary evidence. On February 7, 2017, the Magistrate Judge filed a report and recommendation that Steinmetz's motion to suppress be denied. On February 17, 2017, Steinmetz filed objections to the Magistrate Judge's report, objecting to her conclusions that the length of the

interrogation did not render Steinmetz's consent involuntary and that Steinmetz did not limit his consent to search or place any conditions on his consent to search. The United States Attorney filed a response to Steinmetz's objections, asking that I adopt the Magistrate Judge's recommendations and deny Steinmetz's motion.

I have performed a de novo review of Steinmetz's motion and the related submissions. I agree with the Magistrate Judge's recommendation that Steinmetz's motion should be denied for the reasons stated in her report.

Accordingly,

**IT IS HEREBY ORDERED** that I hereby adopt and incorporate Judge Shirley Padmore Mensah's report and recommendation dated February 7, 2017 #[42].

**IT IS FURTHER ORDERED** that Defendant Oscar Henry Steinmetz's motion to suppress evidence #[36] is **DENIED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2017.