UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16 CR 163 RWS |
| OSCAR HENRY STEINMETZ, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO FILE UNDER SEAL**

COMES NOW the United States of America, by and through Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and hereby moves this Court to file its document under seal.

Respectfully submitted,

CARRIE COSTANTIN
Acting United States Attorney

 */s/ Robert F. Livergood*
ROBERT F. LIVERGOOD, # 35432MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                         */s/ Robert F. Livergood*
                         ROBERT F. LIVERGOOD, # 35432MO
                         Assistant United States Attorney